EAST BATON ROUGE PARISH   C-723322
Filed Sep 12, 2022 9:23 AM        23
Deputy Clerk of Court
E-File Received Sep 09, 2022 4:28 PM

| | |
|---|---|
| LAHOMA HARRIS, LUCILLE GHORHAM, and PARIS HULBERT, individually and on behalf of her two minor children--DENVER JONES and HARLEE HILL | NUMBER          DIVISION<br><br>19TH JUDICIAL DISTRICT COURT |
| VERSUS | |
| DOUGLAS J. TUREK, TRUTH MINISTRIES OF BELLINGHAM, FARMERS CASUALTY INSURANCE COMPANY, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | EAST BATON ROUGE PARISH<br><br>STATE OF LOUISIANA |

## PETITION FOR DAMAGES AND JURY DEMAND

The petition of **LAHOMA HARRIS, LUCILLE GHORHAM, and PARIS HULBERT,** individually and on behalf of her two minor children--**DENVER JONES and HARLEE HILL** (collectively "**Petitioners**"), who represent as follows:

1.

**Petitioners** herein are:

A. **LAHOMA HARRIS,** a person of the full age of majority who is a resident of Louisiana and is domiciled in East Baton Rouge Parish;

B. **LUCILLE GHORHAM,** a person of the full age of majority who is a resident of Louisiana and is domiciled in East Baton Rouge Paris; and

C. **PARIS HULBERT,** a person of the full age of majority who is a resident of Louisiana and is domiciled in East Baton Rouge Paris; **MS. HULBERT** brings this action individually and on behalf of her two minor children--**DENVER JONES and HARLEE HILL,** who are domiciled in East Baton Rouge Parish, Louisiana

2.

**HULBERT** has parental authority over her minor children, **DENVER JONES and HARLEE HILL,** who are unemancipated minors; **HULBERT** also brings this action on behalf of her minor children, **JONES and HILL,** and is a proper plaintiff to sue to enforce the rights of these minor children under La. CCP Art. 683(B).

3.

Defendants herein are:

A. **DOUGLAS J. TUREK ("TUREK"),** a person of the full age of majority who is a resident of Washington and is domiciled in Whatcom County at 949 E. 54th Terrace, Bellingham, WA 98226;

B. **TRUTH MINISTRIES OF BELLINGHAM ("TRUTH MINISTRIES"),** a foreign non-profit corporation, which may be served through its registered agent in Whatcom County: **DOUGLAS TUREK,** 949 E. 54th Terrace, Bellingham, WA 98226;

Certified True and Correct Copy
CertID: 2022091200401

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
9/12/2022 11:59 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EXHIBIT A

    C.    FARMERS CASUALTY INSURANCE COMPANY ("FARMERS"), a foreign insurance company doing business in Louisiana, which may be served through its agent of service in East Baton Rouge Parish: Honorable R. Kyle Ardoin, Louisiana Secretary of State, 8585 Archives Ave., Baton Rouge, LA 70809; **FARMERS** is being sued as the automobile liability insurer of Defendants, **TUREK** and **TRUTH MINISTRIES**; and

    D.    STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("STATE FARM"), a foreign insurance company doing business in Louisiana, which may be served through its agent of service in East Baton Rouge Parish: Honorable R. Kyle Ardoin, Louisiana Secretary of State, 8585 Archives Ave., Baton Rouge, LA 70809; **STATE FARM** is being sued as the uninsured/underinsured insurer of **Petitioners**.

4.

The above-named Defendants are justly and truly indebted, jointly and *in solido*, unto the **Petitioners**, for damages, injuries, and losses sustained, together with legal interest from the date of judicial demand, costs of these proceedings, and other general and equitable relief described herein for the following reasons.

5.

Jurisdiction and venue are proper in East Baton Rouge Parish (the parish of the **Petitioners'** domicile) pursuant to La. CCP Art. 42(5) as Defendant **TUREK** is a nonresident and Defendant **TRUTH MINISTRIES** is a foreign corporation not licensed to do business in the state, and pursuant to La. CCP Art. 42(7) as Defendants **FARMERS** and **STATE FARM** are foreign insurers; jurisdiction and venue are also proper in East Baton Rouge Parish pursuant to La. CCP Art. 73, as Defendants are joint and solidary obligors.

6.

On October 4, 2021, there was a collision of two (2) vehicles on LA Hwy 964 (Old Scenic Highway), near the intersection of Heck Young Road, which is in East Baton Rouge Parish, State of Louisiana. The collision involved a 2014 Ram Model 3500 truck with 4 rear wheels (also known as a dually) driven by **TUREK** and a 2016 BMW Model X3 SUV operated by **HULBERT**. At about the same place and time, **HULBERT** was traveling south on LA Hwy 964, a two-lane highway, and **TUREK** was traveling north on LA Hwy 964 when, suddenly, negligently, and without warning, **TUREK** attempted to pass another vehicle ahead of him traveling north on LA Hwy 964 and moved into the southbound lane of LA Hwy 964 already occupied by **HULBERT**, causing the subject head-on/sideswipe collision; **TUREK** and **HULBERT** were each traveling at approximately 55 miles per hour at the time of the collision. **TUREK** crashed the front left of the Ram truck into the front and front driver's side of the BMW SUV operated by **HULBERT**. The


Certified True and Correct Copy
CertID: 2022091200401

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
9/12/2022 11:59 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EXHIBIT A

momentum from this catastrophic collision caused both vehicles to leave the roadway and to come to rest on the shoulder of La Hwy 964. The collision caused moderate damage to the front left of the Ram truck driven by **TUREK**, which caused severe intrusion into the engine compartment; the collision caused severe damage to the entire left side of the BMW SUV driven by **HULBERT**, from the front to the back, and all air bags deployed. The subject collision caused the driver's door to be completely sheared off where **HULBERT** was seated and there was intrusion into the driver's side rear passenger seat where **JONES** was seated.

To treat the injuries that occurred as a result of the subject collision, **GHORHAM** was airlifted by helicopter ambulance from the crash scene to Our Lady Of the Lake Hospital (OLOL), **JONES** was airlifted by helicopter ambulance from the crash scene to OLOL-Children's Hospital, **HILL** was transported by ambulance to OLOL-Children's Hospital, **HARRIS** and **HULBERT** were each transported by ambulance to OLOL.

Four independent witnesses confirmed that **TUREK** traveled into the lane occupied by **HULBERT** and crashed into the **HULBERT** vehicle. The investigating officer determined that **TUREK** was at fault for the subject collision as a result of his traffic law violations, including failure to yield, and his inattentive condition; the investigating officer found **TUREK** violated La. R.S. 32:79 for "Improper Lane Use", charged **TUREK** with 4 counts of violating criminal statute La. R.S. 14:39 "Negligent Injuring", and charged **TUREK** with violating criminal statute La. R.S. 14.99 "Reckless operation of a vehicle". The investigating officer found **HULBERT** violated no traffic laws regarding the subject collision.

7.

The subject collision and resulting injuries and damages of **Petitioners, HARRIS, GHORHAM, HULBERT, JONES, and HILL**, were caused solely and proximately by the negligence and/or fault of Defendant **TUREK**, said negligence and/or fault consisting of, but not limited to, the following:

  A. Improper lane change;

  B. Improper lane use;

  C. Failure to yield to Petitioner's vehicle;

  D. Reckless operation;

  E. Careless operation;

  F. Failure to see what he should have seen and if seen, in failing to heed;



Certified True and Correct Copy
CertID: 2022091200401

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
9/12/2022 11:59 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**EXHIBIT A**

G. Failure to exercise reasonable care;

H. Failure to act as a reasonable person under the same or similar circumstances;

I. Failing to keep a proper lookout and/or being inattentive;

J. Failure to maintain proper control of his vehicle;

K. Failure to take sufficient measures to prevent the impact with Petitioner's vehicle;

L. Being inattentive and/or distracted while driving; and

M. Failure to observe and obey federal, state and parish traffic laws, regulations, and ordinances governing the operation of motor vehicles.

8.

The subject collision was not caused or contributed to by any act or omission on the part of Petitioners, **HARRIS, GHORHAM, HULBERT, JONES, or HILL.**

9.

Petitioner **HARRIS** sustained physical and mental injuries as a direct consequence of the subject collision, including, but not limited to, bodily injuries, headaches, general soreness to the body as a whole, pain in the neck, pain in the back, cervical injuries, thoracic injuries, lumbar injuries, ligament injuries, muscle injuries, spinal injuries, left wrist injuries, contusion of right upper arm, contusion of left breast, right knee injuries, tear to posterior horn/body of medial meniscus, ACL sprain, MCL sprain, iliotibial band friction syndrome, patellofemoral chondromalacia, soft tissue edema in corner of the knee, and knee joint effusion.

10.

Petitioner **HARRIS** is entitled to recover damages for the following:

A. Past, present and future physical pain and suffering, and inconvenience;

B. Past, present and future mental pain and suffering, anxiety and embarrassment;

C. Past, present, and future doctor, hospital, physical therapy, mental therapy, and medical care provider expenses;

D. Past, present and future cost of rehabilitation;

E. Past, present and future functional and anatomical disability;

F. Past, present and future loss of enjoyment of life;

G. Loss of consortium, affection, service, and society;

H. Disfigurement;

I. Inability to engage in and enjoy personal, social and recreational activities; and

J. Past, present and future lost earnings and lost earning capacity.


Certified True and Correct Copy
CertID: 2022091200401

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
9/12/2022 11:59 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EXHIBIT A

11.

Petitioner **HARRIS** has incurred and will continue to incur significant medical expenses to diagnose and treat the injuries sustained as a direct consequence of the subject collision caused by Defendant **TUREK**.

12.

Petitioner **GHORHAM** sustained physical and mental injuries as a direct consequence of the subject collision, including, but not limited to, bodily injuries, headaches, general soreness to the body as a whole, pain in the neck, pain in the back, cervical injuries, thoracic injuries, lumbar injuries, ligament injuries, muscle injuries, spinal injuries, head injury with decreased mental status, left inferior and superior pubic rami fractures, grade 5 (major) splenic laceration with splenic artery pseudoaneurysm status post exploratory laparotomy with splenectomy, grade 2 left renal laceration, left occipital condyle fracture, pneumothorax, bilateral lower extremity DVTs, central cord syndrome, left 5th through 12th rib fractures, C1, C4 and C5 fractures, left L2 transverse process fracture, and right posterior shoulder dislocation with soft tissue trauma.

13.

Petitioner **GHORHAM** is entitled to recover damages for the following:

A. Past, present and future physical pain and suffering, and inconvenience;

B. Past, present and future mental pain and suffering, anxiety and embarrassment;

C. Past, present, and future doctor, hospital, physical therapy, mental therapy, and medical care provider expenses;

D. Past, present and future cost of rehabilitation;

E. Past, present and future functional and anatomical disability;

F. Past, present and future loss of enjoyment of life;

G. Loss of consortium, affection, service, and society;

H. Disfigurement;

I. Inability to engage in and enjoy personal, social and recreational activities; and

J. Past, present and future lost earnings and lost earning capacity.

14.

Petitioner **GHORHAM** has incurred and will continue to incur significant medical expenses to diagnose and treat the injuries sustained as a direct consequence of the subject collision caused by Defendant **TUREK**, including an cervical spine fusion (ACDF) at C4-C6 with posterior cervical fusion for central cord syndrome.


Certified True and Correct Copy
CertID: 2022091200401

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
9/12/2022 11:59 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EXHIBIT A

15.

Petitioner **HULBERT** sustained physical and mental injuries as a direct consequence of the subject collision, including, but not limited to, bodily injuries, headaches, general soreness to the body as a whole, pain in the neck, pain in the back, cervical injuries, thoracic injuries, lumbar injuries, ligament injuries, muscle injuries, spinal injuries, laceration of left upper arm, abnormal CT of the abdomen showing free fluid in pelvis, intraarticular closed fracture of lower end of right radius, right distal radius extra-articular fracture, left ulna fracture, open wound right upper arm, and pain in left leg.

16.

Petitioner **HULBERT** is entitled to recover damages for the following:

A. Past, present and future physical pain and suffering, and inconvenience;

B. Past, present and future mental pain and suffering, anxiety and embarrassment;

C. Past, present, and future doctor, hospital, physical therapy, mental therapy, and medical care provider expenses;

D. Past, present and future cost of rehabilitation;

E. Past, present and future functional and anatomical disability;

F. Past, present and future loss of enjoyment of life;

G. Loss of consortium, affection, service, and society;

H. Disfigurement;

I. Inability to engage in and enjoy personal, social and recreational activities; and

J. Past, present and future lost earnings and lost earning capacity.

17.

Petitioner **HULBERT** has incurred and will continue to incur significant medical expenses to diagnose and treat the injuries sustained as a direct consequence of the subject collision caused by Defendant **TUREK**.

18.

Petitioner **JONES** sustained physical and mental injuries as a direct consequence of the subject collision, including, but not limited to, bodily injuries, headaches, general soreness to the body as a whole, pain in the neck, pain in the back, cervical injuries, thoracic injuries, lumbar injuries, ligament injuries, muscle injuries, spinal injuries, frontal sinus fracture (left supraorbital frontal bone & roof of left orbit), laceration of left eyebrow, and eye swelling.


Certified True and Correct Copy
CertID: 2022091200401

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
9/12/2022 11:59 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EXHIBIT A

19.

Petitioner **JONES** is entitled to recover damages for the following:

A.  Past, present and future physical pain and suffering, and inconvenience;

B.  Past, present and future mental pain and suffering, anxiety and embarrassment;

C.  Past, present, and future doctor, hospital, physical therapy, mental therapy, and medical care provider expenses;

D.  Past, present and future cost of rehabilitation;

E.  Past, present and future functional and anatomical disability;

F.  Past, present and future loss of enjoyment of life;

G.  Loss of consortium, affection, service, and society;

H.  Disfigurement;

I.  Inability to engage in and enjoy personal, social and recreational activities; and

J.  Past, present and future lost earnings and lost earning capacity.

20.

Petitioner **JONES** has incurred and will continue to incur significant medical expenses to diagnose and treat the injuries sustained as a direct consequence of the subject collision caused by Defendant **TUREK**.

21.

Petitioner **HILL** sustained physical and mental injuries as a direct consequence of the subject collision, including, but not limited to, bodily injuries, headaches, general soreness to the body as a whole, pain in the neck, pain in the back, cervical injuries, thoracic injuries, lumbar injuries, ligament injuries, muscle injuries, spinal injuries, closed fracture of left radius and left ulna, facial lacerations, and left pleural effusion.

22.

Petitioner **HILL** is entitled to recover damages for the following:

A.  Past, present and future physical pain and suffering, and inconvenience;

B.  Past, present and future mental pain and suffering, anxiety and embarrassment;

C.  Past, present, and future doctor, hospital, physical therapy, mental therapy, and medical care provider expenses;

D.  Past, present and future cost of rehabilitation;

E.  Past, present and future functional and anatomical disability;

F.  Past, present and future loss of enjoyment of life;


Certified True and
Correct Copy
CertID: 2022091200401

*Julie Hay*
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
9/12/2022 11:59 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EXHIBIT A

  G. Loss of consortium, affection, service, and society;

  H. Disfigurement;

  I. Inability to engage in and enjoy personal, social and recreational activities; and

  J. Past, present and future lost earnings and lost earning capacity.

23.

Petitioner **HILL** has incurred and will continue to incur significant medical expenses to diagnose and treat the injuries sustained as a direct consequence of the subject collision caused by Defendant **TUREK**.

24.

Defendant **TUREK** was driving the 2014 Ram Model 3500 truck while in the course and scope of his employment with **TRUTH MINISTRIES** at the time of the subject collision; therefore, **TUREK** and **TRUTH MINISTRIES** are liable jointly and *in solido* for all injuries and damages sustained by **Petitioners** in connection with the above-described collision caused by the negligence and/or fault of **TUREK**, for whom **TRUTH MINISTRIES** is responsible through the doctrine of *respondeat superior* under La. CC Arts. 2317 and 2320.

25.

At the time of the subject collision, Defendant **TUREK** was covered by a policy of motor vehicle liability insurance, including a policy issued by Defendant **FARMERS** (believed to bear policy number 6903537940), insuring against the negligence, fault and/or liability of Defendants, **TUREK and/or TRUTH MINISTRIES**, that was in full force and effect at the time of the collision and which insurance inures to the benefit of **Petitioners** under the Louisiana Direct Action Statute, R.S. 22:1269.

26.

Under the terms of the said policy, **FARMERS** obligated itself to pay any and all damages caused to others as a result of the negligence, fault and/or liability of Defendants, **TUREK and/or TRUTH MINISTRIES**, in the operation of the 2014 Ram truck; and, this truck being driven by **TUREK** was covered by the **FARMERS** policy at the time of the above-described collision.

27.

**FARMERS** is therefore liable *in solido* with Defendants, **TUREK and TRUTH MINISTRIES**, unto **Petitioners** for their injuries and damages arising from the subject collision as well as all claims and causes of action cited herein.


Certified True and Correct Copy
CertID: 2022091200401

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
9/12/2022 11:59 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EXHIBIT A

28.

There was in full force and effect a contract of insurance issued by **STATE FARM** at the time of the subject collision (believed to bear policy number 1843150974) and providing insurance coverage in favor of Petitioner **BRYANT** for all claims and causes of action cited herein in the event that Defendant **CARRIER** was an uninsured/underinsured motorist.

29.

**STATE FARM**, as the uninsured/underinsured motorist insurer of Petitioner **BRYANT**, is liable jointly and *in solido* with Defendant **CARRIER** and his liability insurer, Defendant **GEICO**, to Petitioner for all claims and causes of action cited herein as Defendant **CARRIER** was an uninsured/underinsured motorist.

30.

Pursuant to La. C.C.P. art. 1423, *et seq.*, **Petitioners** are to a certified copy of any insurance policy issued to and/or otherwise insuring Defendants, **TUREK and/or TRUTH MINISTRIES**, including the policy issued by Defendant **FARMERS**, any umbrella, and/or excess insurance policies, that may cover the damages sought by **Petitioners** herein for their injuries and damages arising from the subject collision, and the policy issued Defendant **STATE FARM**. **Petitioners** request a certified copy of any and all such policies of insurance be provided to **Petitioners** within thirty (30) days of service of the Petition upon Defendants.

31.

**Petitioners** demand damages from Defendants as are reasonable and appropriate in the premises for the injuries and losses sustained by **Petitioners**.

### JURY DEMAND

32.

**Petitioners** allege that the monetary amount of the causes of action brought herein, exclusive of interest and costs, exceeds ten thousand dollars and that **Petitioners** are entitled to request a trial by jury under La. CCP Art. 1732.

33.

**Petitioners** hereby demand that all issues be tried by jury.


Certified True and Correct Copy
CertID: 2022091200401

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
9/12/2022 11:59 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EXHIBIT A

WHEREFORE, Petitioners herein, LAHOMA HARRIS, LUCILLE GHORHAM, and PARIS HULBERT, individually and on behalf of her two minor children--DENVER JONES and HARLEE HILL, pray as follows:

a. That Defendants, DOUGLAS J. TUREK, TRUTH MINISTRIES OF BELLINGHAM, FARMERS CASUALTY INSURANCE COMPANY, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, be served with a copy of this Petition and Citation;

b. For Judgment herein in favor of **Petitioners, LAHOMA HARRIS, LUCILLE GHORHAM, and PARIS HULBERT, individually and on behalf of her two minor children--DENVER JONES and HARLEE HILL**, and against the Defendants, DOUGLAS J. TUREK, TRUTH MINISTRIES OF BELLINGHAM, FARMERS CASUALTY INSURANCE COMPANY, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, jointly, severally, and *in solido*, for compensatory damages in an amount to be determined by this Honorable Court that will fully and adequately satisfy the demands of justice and equity, together with legal interest thereon from date of judicial demand, until paid;

C. For all costs of these proceedings, including witness fees, expert witness fees, costs of the clerk and sheriff, costs of taking depositions, and all other costs allowed by this Honorable Court to be cast against Defendants, **DOUGLAS J. TUREK, TRUTH MINISTRIES OF BELLINGHAM, FARMERS CASUALTY INSURANCE COMPANY, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, jointly, severally, and *in solido*; and

D. For all other relief, both general and equitable, which is necessary and proper in the premises.

Respectfully submitted,

_____
Stephen M. Alexander (LSBA #29066)
ALEXANDER LAW GROUP, LLC
8550 United Plaza Boulevard, Suite 702
Baton Rouge, LA 70809
P.O. Box 41860
Baton Rouge, LA 70835
225-922-4488 (Office)
888-670-7025 (Fax)
225-229-4512 (Mobile)
E-mail: stephen@alexander.com


Certified True and Correct Copy
CertID: 2022091200401

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
9/12/2022 11:59 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EXHIBIT A

AND

_Charles S. Lambert, Jr._

Charles S. Lambert, Jr. (LSBA# 21685)
LAW OFFICES OF CHARLES S. LAMBERT, JR., LLC
10537 Kentshire Court, Suite A
Baton Rouge, Louisiana 70810
Phone: (225) 367-1073
Fax: (225) 304-5732
Mobile: (225) 405-0660
E-mail: Lambert.Chip@Outlook.com

ATTORNEYS FOR PETITIONERS, LAHOMA HARRIS, LUCILLE GHORHAM, and PARIS HULBERT, individually and on behalf of her two minor children--DENVER JONES and HARLEE HILL

## SERVICE INSTRUCTIONS

PLEASE SERVE THE CITATION AND PETITION FOR DAMAGES, **WITH** PETITIONER'S DISCOVERY CONTEMPORANEOUSLY FILED, ON THE FOLLOWING DEFENDANTS:

1. FARMERS CASUALTY INSURANCE COMPANY,
   Through its agent for service of process:
   Honorable R. Kyle Ardoin
   Louisiana Secretary of State
   8585 Archives Ave.
   Baton Rouge, LA 70809
   **East Baton Rouge Parish**

2. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
   Through its agent for service of process:
   Honorable R. Kyle Ardoin
   Louisiana Secretary of State
   8585 Archives Ave.
   Baton Rouge, LA 70809
   **East Baton Rouge Parish**

THE CITATION AND SERVICE OF THE PETITION FOR DAMAGES WILL BE SERVED ON THE FOLLOWING DEFENDANT(S), **WITH** THE DISCOVERY CONTEMPORANEOUSLY FILED, IN ACCORDANCE WITH THE **LOUISIANA LONG ARM STATUTE**, LA. R.S. 13:3201, *ET SEQ.*, AS SET FORTH BELOW:

3. DOUGLAS J. TUREK
   949 E. 54th Terrace
   Bellingham, WA 98226
   **Whatcom County, Washington**

4. TRUTH MINISTRIES OF BELLINGHAM,
   Through its agent for service of process:
   DOUGLAS TUREK
   949 E. 54th Terrace
   Bellingham, WA 98226
   **Whatcom County, Washington**


Certified True and Correct Copy
CertID: 2022091200401

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
9/12/2022 11:59 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EXHIBIT A

# CITATION
(Long Arm LSA R.S. 13:3205 et seq.)

| | |
|---|---|
| **LAHOMA HARRIS**<br>(Plaintiff) | NUMBER C-723322 "23" |
| | 19th JUDICIAL DISTRICT COURT |
| VS | PARISH OF EAST BATON ROUGE |
| **DOUGLAS J TUREK**<br>(Defendant) | STATE OF LOUISIANA |

TO:  DOUGLAS J TUREK
949 E. 54TH TERRACE
BELLINGHAM, WA 98226

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

You are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within **30 DAYS** of the date you were served with the petition.

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.

This citation was issued by the Clerk of Court for East Baton Rouge Parish, on **SEPTEMBER 12, 2022**.

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: ALEXANDER, STEPHEN M**
**(225) 229-4512**

*Also attached are the following documents:
PETITION FOR DAMAGES, PLAINTIFF'S REQUESTS FOR ADMISSIONS, INTERROGATORIES AND REQUEST FOR PRODUCTION TO DEFENDANTS.

CITATION-LONG ARM-2006

EXHIBIT A

# CITATION
(Long Arm LSA R.S. 13:3205 et seq.)

**LAHOMA HARRIS**
(Plaintiff)

VS

**DOUGLAS J TUREK**
(Defendant)

NUMBER C-723322 "23"

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:    TRUTH MINISTRIES OF BELLINGHAM
       949 E 54TH TERRACE
       BELLINGHAM, WA 98226

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

You are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within **30 DAYS** of the date you were served with the petition.

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.

This citation was issued by the Clerk of Court for East Baton Rouge Parish, on **SEPTEMBER 12, 2022**.

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: ALEXANDER, STEPHEN M**
(225) 229-4512

*Also attached are the following documents:
**PETITION FOR DAMAGES, PLAINTIFF'S REQUESTS FOR ADMISSIONS, INTERROGATORIES AND REQUEST FOR PRODUCTION TO DEFENDANTS.**

CITATION-LONG ARM-2006

EXHIBIT A